IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BERTIE GREGORY**                                                                                             **PLAINTIFF**

**VS.**                                                                **CIVIL ACTION NO. 4:08-cv-3584-WRW**

**BANKERS LIFE AND CASUALTY COMPANY**                                **DEFENDANT**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

~~This matter is before the~~ Court upon the Defendant's motion for dismissal of this action with prejudice. The Court, upon finding that a settlement has been reached and agreed upon by the parties, finds that the motion is well taken and should be granted.

IT IS, THEREFORE ORDERED that this action is dismissed with prejudice with each party to bear its own costs.

SO ORDERED, this the 21st day of May, 2009.

_____
DISTRICT COURT JUDGE

PREPARED AND SUBMITTED BY:            APPROVED
_____                      _____
Charles E. Griffin, MSB # 5015                Connie Grace, Esq. ARB # 97-107
Howard R. Brown, MSB # 10631             Gary Eubanks & Associates
Griffin & Associates                              708 West Second Street
125 S. Congress Street, Suite 1515            Little Rock, AR 72203-3887
Post Office Box 968                             Attorney for Plaintiff
Jackson, Mississippi 39205
Attorney for Bankers Life
and Casualty Company